January 7, 2011

Attn: Chief Judge Audrey Collins
US District Court
for the Central District of California
312 North Spring Street-Rm G8
Los Angeles, Ca 90012

Attn: Wendy Shorr/Probation Officer
US Probation Department
411 West Fourth Street
Santa Ana, Ca  92701

Attn: President Obama
Office of the President
1600 Pennsylvania Ave, NW
Washington, DC  20500

Ref: White House No. 102230
     Case No. SA CR 03-25(B)AHS

Dear Mr. President;

   Enclosed I have included a motion which is to filed in the above criminal case. The sole purpose of the motion is to disclose that District Court Judge Alicemarie H. Stotler submitted a Trial Indictment with over 25 counts for jury deliberations but sentenced me on a Second Superseding Indictment never used by the jury. I have also included a copy of the letter from the Justice Department's inquiry into this as a reminder of your referral to them of this matter.

   Chief Judge Collins please see to it this motion is filed in time for the January 21, 2011 hearing in the above case. I have always experienced problems with Judge Stotler attempting to pick and chose the documents she wants to appear as part of the record. In this case.

   Ms Shorr, please review the enclosed exhibits and investigate as is required pursuant to the Federal Rules of Criminal Procedures Rule 32(c)(1).

To All:
Thanks in Advance,

James Davis Bennett/Reg#32589-112
FCI Safford
Federal Correctional Institution
P.O. Box 9000
Safford, AZ  85548