

U.S. Department of Justice

Executive Secretariat

Washington, D.C. 20530

January 8, 2010

Mr. James C. Duff
Director
Administrative Office of the United States Courts
One Columbus Circle
Suite 7-100
Washington, DC 20544

Reference: WH 102230

Dear Mr. Duff:

The White House referred the enclosed correspondence from Pamela R. Bennett to the Department of Justice. After reviewing the correspondence, it has been determined that the Administrative Office of the United States Courts can provide better assistance. Therefore, we are forwarding the letter to your office for appropriate handling and direct reply to Pamela R. Bennett.

Sincerely,

Dana E. Paige
Director

Enclosure(s)

cc: Pamela R. Bennett
P.O. Box 675733
Rancho Santa Fe, California 92067

The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500