# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SA CR03-00025-AHS | Date: March 9, 2011 |

Present: The Honorable **ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

Interpreter: None

| Loretta Anderson | Deborah Parker | Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) James Davis Bennett | X | X | | 1) Robison D. Harley, CJA | X | X | |

**Proceedings:** FURTHER STATUS CONFERENCE AFTER REMAND FOLLOWING APPOINTMENT OF COUNSEL (PREVIOUSLY SET AS RE-SENTENCING AFTER REMAND)

Court's tentative ruling re Defendant's Request for Supplemental Presentence Report, distributed to parties prior to hearing, a copy of which is attached hereto.

Cause called. Counsel appear.

Court and counsel confer. Court grants Defendant's Request for Supplemental Presentence Report ("PSR"). United States Probation Office shall issue a Supplemental PSR on or before May 9, 2011, pursuant to the attached tentative ruling. Parties sentencing position papers shall be filed no later than May 27, 2011.

Defendant's Re-Sentencing After Remand is set for June 17, 2011, at 2:00 p.m. in Courtroom 6B. Counsel shall advise the Court by way of Stipulation and proposed Order should this hearing need to be re-scheduled.

                                                                           : 03

Initials of Deputy Clerk  lma

cc: USMS-SA
     USPO-SA

```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          SOUTHERN DIVISION

       THE HONORABLE ALICEMARIE H. STOTLER, JUDGE, PRESIDING

              TENTATIVE RULING ORDERING SUPPLEMENTAL
              PRE-SENTENCE REPORT AND SETTING RE-SENTENCING

                    March 9, 2011, Calendar No. 1
```

CASE:            **United States of America v. James Davis Bennett**
                 SA CR 03-25 AHS

PROCEEDING:      Further Status Conference After Remand Following
                 Appointment of Counsel
_____

On February 23, 2011, during a further status conference after remand, defendant requested legal representation and the Court appointed counsel.

On March 4, 2011, through counsel, defendant filed his "Supplemental Re-Sentencing Position." (Doc. No. 508.) Defendant requests a supplemental Presentence Report ("PSR") to develop facts regarding defendant's post-sentence rehabilitation and conduct in prison, in order to develop facts regarding defendant's background, character, and conduct. (_Id._ at 5.)

In light of the U.S. Supreme Court's recent ruling in _Pepper v. United States_, — S. Ct. —, 2011 WL 709543 (No. 09-6822 Mar. 2, 2011), the Court grants defendant's request. The United States Probation Office shall issue a supplemental PSR on or before May 9, 2011. The report shall discuss any post-commitment conduct or rehabilitation by defendant as it is relevant to re-sentencing. It shall also discuss the continued impact, if any, of defendant's conduct on his victims/victim entities through updated information regarding the victims.

Defendant's re-sentencing hearing is hereby set for June 17, 2011, at 2:00 p.m. The parties' sentencing position papers shall be filed no later than May 27, 2011.